**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PABLO ARNO BARNETT MAISCH** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 26-2498** |
| | **:** | |
| **J.L. JAMISON, ET AL.** | **:** | |

## ORDER

This 22nd day of April, 2026, it is hereby **ORDERED** that oral argument on the Petition for Writ of Habeas Corpus will be heard on Tuesday, **April 28, 2026**, at **1:30 p.m.**  Argument will be held in Courtroom 9-B of the United States Courthouse, 601 Market Street, Philadelphia, PA.

 /s/ Gerald Austin McHugh
United States District Judge